IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELEK LOGISTICS OPERATING, LLC                                              PLAINTIFF

v.                                        Case No. 1:20-cv-1006

COVINGTON CO., INC.                                                         DEFENDANT

## ORDER

Before the Court is the parties' Agreed Motion to Remand. (ECF No. 24). The Court finds this matter ripe for reconsideration.

This action was originally brought in Union County Circuit Court in Union County, Arkansas. Defendant filed its Notice of Removal in this matter on March 2, 2020. On April 30, 2020, the parties filed the instant motion agreeing to remand this case back to Union County Circuit Court. The parties further agreed to bear their own costs and attorney's fees related to the remand.

Upon consideration, the Court finds that the parties' Agreed Motion to Remand (ECF No. 24) should be and hereby is **GRANTED**. The Court hereby instructs the Clerk of Court to immediately **REMAND** the matter to the Circuit Court of Union County, Arkansas, for further disposition. Each party will be responsible for its own costs and attorney's fees associated with the remand.

**IT IS SO ORDERED**, this 4th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge